JUDGE ABRAMS

14 CV 1075

RECEIVED
FEB 20 2014
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

NORTH JERSEY MEDIA GROUP INC.,          :

                  Plaintiff,     :

   -against-                            :     14 Civ.

SHUTTERSTOCK, INC. AND SS SPV,          :     ECF Case
LLC D/B/A BIGSTOCK D/B/A
BIGSTOCKPHOTO,                          :

            Defendants.     :

- - - - - - - - - - - - - - - - - - -x

## COMPLAINT AND JURY DEMAND

Plaintiff North Jersey Media Group Inc. ("NJMG"), by its undersigned attorneys, for its complaint against defendants Shutterstock, Inc. ("Shutterstock") and SS SPV, LLC d/b/a Bigstock d/b/a BigStockPhoto ("Bigstock"), alleges:

### Nature of the Action

1. NJMG is bringing this action to enforce its copyright in its iconic photograph of three firefighters raising the American flag at the ruins of the World Trade Center site on September 11, 2001 (the "Flag Raising Photograph").

### Jurisdiction and Venue

2. This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the Copyright Act, 17 U.S.C. § 101 et seq.

3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

4.   Defendants are subject to the personal jurisdiction of this Court pursuant to N.Y. C.P.L.R. § 301 based upon their place of business being in this state.

<u>Parties</u>

5.   NJMG is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business in Woodland Park, New Jersey.  NJMG is engaged in the business of news reporting.  Its two daily publications, <u>The Record</u> and <u>Herald News</u>, have a daily circulation of approximately 151,000 and a Sunday circulation of approximately 175,000.  In addition, NJMG publishes more than forty weekly community newspapers with a combined circulation of approximately 630,000.  Its twelve magazines have a circulation of approximately 350,000.  Its website, www.northjersey.com, has more than 11.5 million page views per month, and its other website, www.bergen.com, has approximately 750,000 page views per month.

6.   Upon information and belief, Shutterstock is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in New York, New York.

2

7.   Upon  information  and  belief,  Bigstock  is  a limited  liability  company  organized  under  the  laws  of  the  State of  Delaware  with  its  principal  place  of  business  in  New  York, New  York.  Upon  information  and  belief,  Shutterstock  owns Bigstock.

## NJMG's Copyright

8.   On  September  11,  2001,  an  employee  of  NJMG, acting  within  the  scope  of  his  employment,  took  the  Flag  Raising Photograph.   A  copy  is  annexed  as  Exhibit  A.   The  Flag  Raising Photograph  has  become  an  iconic  image  that  has  received international  attention.   Because  an  employee  of  NJMG  took  the Flag  Raising  Photograph  while  acting  within  the  scope  of  his employment,  it  is  a  "work  made  for  hire"  as  defined  by  Section 101  of  the  Copyright  Act.   NJMG  is  therefore  the  sole  owner  of the  copyright  in  the  Flag  Raising  Photograph.

9.   In  2002,  NJMG  entered  into  a  license  agreement with  the  United  States  Postal  Service  ("USPS")  which  granted  the USPS  a  non-exclusive  right  to  create  and  sell  stamps  or  other philatelic  products  bearing  the  image  of  NJMG's  Flag  Raising Photograph.

## Defendants' Infringing Acts

10.   Defendants  have,  without  permission,  sold  copies of  the  USPS  stamp,  which  bear  the  image  of  NJMG's  Flag  Raising Photograph.

3

11.    Defendant Shutterstock sold copies of the USPS stamp bearing NJMG's Flag Raising Photograph through its website, www.shutterstock.com. Upon information and belief, Shutterstock obtained its first copy from a user named "catwalker."

12.    Defendant Bigstock sold copies of the USPS stamp bearing NJMG's Flag Raising Photograph through its website, www.bigstockphoto.com. Upon information and belief, Bigstock obtained its first copy from a user named "carolinasmith."

13.    Upon information and belief, Shutterstock and Bigstock are not jointly and severally liable for any damages resulting from the acts alleged in this complaint.

<u>CLAIM FOR RELIEF</u>
(Copyright Infringement – 17 U.S.C. § 501)

14.    NJMG repeats the allegations in paragraphs 1 through 13 as if set forth in full.

15.    NJMG owns, registered and received the United States Certificate of Copyright Registration No. VA 1-014-297 for the copyright in the Flag Raising Photograph (the "Flag Raising Copyright"). A copy of the United States Certificate of Copyright Registration is annexed as Exhibit B.

16.    NJMG's Flag Raising Copyright is valid and enforceable.

4

17. Defendants have infringed NJMG's Flag Raising Copyright by making and distributing unauthorized copies of it, or a derivative work of it, in violation of 17 U.S.C. § 501.

18. Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage NJMG. NJMG has no adequate remedy at law for these wrongs and injuries. NJMG is, therefore, entitled to a preliminary and/or permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing NMJG's Flag Raising Copyright.

19. Defendants have willfully infringed NJMG's Flag Raising Copyright.

20. NJMG is entitled to recover damages sustained as a result of defendants' unlawful conduct, including defendants' profits, or alternatively, at NJMG's election, statutory damages.

WHEREFORE, NJMG demands judgment:

A. Preliminarily and/or permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing NJMG's Flag Raising Copyright in violation of 17 U.S.C. § 501;

B. Awarding NJMG Shutterstock's profits, or alternatively, at NJMG's election, statutory damages, as a

result of Shutterstock's infringement of NJMG's Flag Raising Copyright;

C.   Awarding NJMG Bigstock's profits, or alternatively, at NJMG's election, statutory damages, as a result of Bigstock's infringement of NJMG's Flag Raising Copyright;

D.   Awarding NJMG its costs in this action, including its reasonable attorneys' fees pursuant to 17 U.S.C. § 505; and

E.   Granting such other and further relief as to this Court seems just and proper.

<u>Jury Trial Demand</u>

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, NJMG hereby demands a trial by jury of all issues that are so triable.

Dated:  New York, New York
        February 20, 2014

                        DUNNEGAN & SCILEPPI LLC

                        By _William Dunnegan_____
                        William Dunnegan (WD0415)
                        wd@dunnegan.com
                        Richard Weiss (RW4039)
                        rw@dunnegan.com
                        Attorneys for Plaintiff
                          North Jersey Media Group Inc.
                        350 Fifth Avenue
                        New York, New York 10118
                        (212) 332-8300

# <u>Exhibit A</u>



# <u>Exhibit B</u>

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-014-267

EFFECTIVE DATE OF REGISTRATION

10    05    2001
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Three Firefighters Raising The American Flag on the Ruins of the World Trade Center

NATURE OF THIS WORK ▼ See Instructions
Photograph

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼
**a** North Jersey Media Group Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ New Jersey
Domiciled in ▶ New Jersey

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes    ☑ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes    ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed
2001 ◀ Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ 9    Day ▶ 12    Year ▶ 2001
U.S.A.    ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
North Jersey Media Group Inc.
150 River Street
Hackensack, NJ  07601-7172

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 05 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 05 2001
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

|  | EXAMINED BY _57 ♯7_ | FORM VA |
| CHECKED BY | | |
| | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼            **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sally A. Steffen, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Area code and daytime telephone number ▶ ( 215) 864-8222            Fax number ▶ (215)864-8999

Email ▶ steffen@ballardsphar.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __North Jersey Media Group, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sally A. Steffen                                               Date ▶  9/28/01

☐ **Handwritten signature** (X) ▼

x _Sally A. Steffen_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Sally A. Steffen, Esquire | |
| | **Number/Street/Apt** ▼ Ballard Spahr Andrews & Ingersoll, LLP 1735 Market Street, 51st Floor | |
| | **City/State/ZIP** ▼ Philadelphia, PA  19103 | |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999            ⊕ PRINTED ON RECYCLED PAPER            ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71